IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

BEBI ALLI and ERIC KEHOU, individually and on behalf all others similarly situated,

Plaintiffs,

v.

BOSTON MARKET CORPORATION,

Defendant.

CIVIL ACTION NO.:

3:10-CV-00004 (JCH)

### CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit or arbitration proceeding against BOSTON MARKET CORPORATION, and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate the Hayber Law Firm, LLC, Outten & Golden LLP, and Klafter Olsen & Lesser LLP to represent me and make litigation/arbitration decisions on my behalf. I agree to be bound by any adjudication of this action by a court, or arbitrator, whether it is favorable or unfavorable.

3. I also consent to join any separate or subsequent action or arbitration proceeding to assert my claim against BOSTON MARKET CORPORATION, and/or related entities or persons potentially liable.

_____
Signature

_____
Full Legal Name (print)

**REDACTED**
Address

**REDACTED**
City, State                                    Zip Code

**REDACTED**