UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Bebi Alli, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>Boston Market Corporation,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>3:10-CV-00004 (JCH) |

## CONSENT TO JOIN ACTION AND AUTHORIZATION TO REPRESENT

I, BRENDAN J. WALTERS, consent to be a party plaintiff in the above action pursuant to Section 16(b) of the Fair Labor Standards Act, and authorize the Hayber Law Firm, LLC, of Hartford, Connecticut to act on my behalf in all matters relating to this action, including adjudicating or settling my claims for overtime compensation and any other benefits including liquidated damages available under the Fair Labor Standards Act. I agree and understand that said attorneys shall file this Consent with the Court in support of my claims.

_____        3/1/11
Signature                                                              Date

BRENDAN J. WALTERS
Printed name

Address:

**CERTIFICATION OF SERVICE**

      I hereby certify that on **March 15, 2011** a copy of **Notice of Consent to Join Action by Brendan J. Walters** was filed electronically [and service made by mail to anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing].  Parties may access this filing through the Courts system.

                                        /s/Richard E. Hayber
                                         Richard E. Hayber